IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.J. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV78 |
| | ) | |
| v. | ) | |
| | ) | |
| TECUMSEH STATE CORRECTIONS INSTITUTE, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. On August 4, 2015, petitioner was ordered to file an amended petition for writ of habeas corpus within 30 days. The Court warned petitioner that his failure to file an amended petition would result in dismissal of this case without prejudice and without further notice. To date, petitioner has not filed an amended petition or taken any other action in this matter. This case will be dismissed without prejudice because petitioner failed to prosecute it diligently. A separate order will be entered in accordance with this memorandum opinion.

DATED this 7th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court